USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
ENGINE CAPITAL MANAGEMENT, LP,         :
                                       :
                    Plaintiff,         :     21 Civ. 149 (VM)
                                       :
     - against -                       :         ORDER
                                       :
ENGINE NO. 1 GP LLC, ET AL.,           :     REQUEST FOR STATUS UPDATE
                                       :
                    Defendant.         :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case, the Court notes that Plaintiff Engine Capital Management filed a Second Amended Complaint on May 3, 2021. (See Dkt. No. 77.) On May 17, 2021, in line with this Court's individual rules, Defendants sent a letter to the Plaintiff notifying of their intent to file a motion to dismiss. (See Dkt. No. 79.) In the months since Defendants sent their initial letter, Plaintiff has filed eighteen letters notifying the Court that the parties have agreed to extend the deadline for Plaintiff's response letter. (See Dkt. Nos. 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 93, 94, 97, 98, 100, 103.) No other communication with the Court has been received. Accordingly, it is hereby

**ORDERED** that the parties are directed to inform the Court within five (5) days of the date of this Order concerning the status of this litigation.

**SO ORDERED.**

Dated:     New York, New York
           December 3, 2021

_____
Victor Marrero
U.S.D.J.