DocuSign Envelope ID: EC449CFD-65F3-4A0A-8BC8-BE15D907DE21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ENGINE CAPITAL MANAGEMENT, LP,

                      Plaintiff,

              - against -

ENGINE NO. 1 GP LLC; ENGINE NO. 1 NY LLC; ENGINE NO. 1 LLC; ENGINE NO. 1 LP; CHRISTOPHER JAMES; AND CHARLES PENNER,

                      Defendants.
-------------------------------------------------------------- x

Civil Action No. 1:21-cv-00149-VM

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

IT IS HEREBY STIPULATED between the parties that all claims that were or could have been brought in this action against Defendants are hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

| OLSHAN FROME WOLOSKY LLP | SCHULTE ROTH & ZABEL LLP |
|---|---|
| By: *Tamara Carmichael /TK* <br> Tamara Carmichael <br> Kyle C. Bisceglie <br> 1325 Avenue of the Americas <br> New York, New York 10019 <br> (212) 451-2300 <br> tcarmichael@olshanlaw.com <br> kbisceglie@olshanlaw.com <br> *Attorneys for Plaintiff* | By: *[signature]* <br> Gayle R. Klein <br> Andrew D. Gladstein <br> 919 Third Avenue <br> New York, New York 10022 <br> (212) 756-2000 <br> gayle.klein@srz.com <br> andrew.gladstein@srz.com <br> *Attorneys for Defendants* |

SO ORDERED:

_____
Hon. Victor Marrero,
United States District Judge

Date:_____